**Order entered March 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00982-CV

**JOHNNY AGUINAGA AND DFW PROJECTS, LLC, Appellants**

**V.**

**JAT PROJECTS HOLDINGS TEXAS, LLC, AND JAT REAL PROPERTY HOLDINGS TEXAS, LLC, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10069**

### ORDER

The February 15, 2022 Motion for Rehearing filed by DFW Projects, LLC (DFW Projects) is **GRANTED**. DFW Projects is **REINSTATED** as an appellant in this case. An opening brief was filed on behalf of DFW Projects (as well as appellant Johnny Aguinaga) on May 7, 2021. A reply brief, if any, for DFW Projects is due twenty-one days from the date of this order.

/s/ ERIN A. NOWELL
JUSTICE